TERRY A. WILLS, ESQ. (SBN 133962)
DEBRA HINSHAW VIERRA, ESQ. (SBN 110672)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant TAPA OF THE WORLD, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE A. SOCIK,<br><br>            Plaintiff,<br><br>      v.<br><br>TAPA THE WORLD, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.  2:10-CV-02589-MCE-JFM<br><br>**APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Action Filed:  09-23-10 |

   THE PARTIES HEREBY APPLY TO EXTEND TIME TO RESPOND TO COMPLAINT, pursuant to Civil Local Rule 144(a), that Defendant TAPA THE WORLD, INC. shall have an additional 15 days, until July 6, 2011, to move, answer, or otherwise respond to Plaintiff's Complaint.  This Application is based on the following facts and circumstances:

   1.   The parties are currently engaged in settlement discussions and are continuing to evaluate and consider a potential resolution of the entire matter.  The parties believe that their good faith interest in continuing such discussion and evaluation establishes good cause for a brief continuance of the current responsive pleading deadlines

2. The parties agree to extend the time for Defendant to move, answer, or otherwise respond to the Complaint up to and including July 6, 2011.

DATED: June 16, 2011                LAW OFFICES OF JOHNNY L. GRIFFIN, III.
                                    JOHNNY L. GRIFFIN, III, ESQ.
                                    MANOLO H. OLASO, ESQ.


                                    By:  /s/ Manolo H. Olaso
                                         Attorneys for Plaintiff
                                         MICHELE A. SOCIK


DATED: June 20, 2011                COOK BROWN, LLP
                                    TERRY A. WILLS, ESQ.
                                    DEBRA HINSHAW VIERRA, ESQ.


                                    By:  /s/ Debra Hinshaw Vierra
                                         Attorneys for Defendant
                                         TAPA OF THE WORLD


**ORDER**

IT IS SO ORDERED.

Date:  June 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE