UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE A. SOCIK, | No. 2:10-cv-02589-MCE-JFM |
| Plaintiff, | |
| v. | <u>ORDER CONTINUING TRIAL</u> |
| TAPA THE WORLD, INC., | |
| Defendant. | |

    YOU ARE HEREBY NOTIFIED the June 10, 2013 jury trial is vacated and continued to **February 3, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **November 21, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the April 18, 2013 Final Pretrial Conference is vacated and continued to **December 5, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **November 14, 2013** and shall comply with the procedures outlined in the Court's September 8, 2011 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial

1

Conference.  Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **November 14, 2013**.  Oppositions must be filed by **November 21, 2013** and any reply must be filed by **November 28, 2013**.  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE