1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   MICHELE A. SOCIK,                    No. 2:10-cv-02589-MCE-JFM

12          Plaintiff,

13      v.                               ORDER CONTINUING TRIAL

14   TAPA THE WORLD, INC.,

15          Defendant.
     _____/
16

17        YOU ARE HEREBY NOTIFIED the June 10, 2013 jury trial is

18   vacated and continued to **February 3, 2014**, at **9:00 a.m.** in

19   Courtroom 7.  The parties shall file trial briefs not later than

20   **November 21, 2013.**  Counsel are directed to Local Rule 285

21   regarding the content of trial briefs.

22        Accordingly, the April 18, 2013 Final Pretrial Conference is

23   vacated and continued to **December 5, 2013**, at **2:00 p.m.** in

24   Courtroom 7.  The Joint Final Pretrial Statement is due not later

25   than **November 14, 2013** and shall comply with the procedures

26   outlined in the Court's September 8, 2011 Pretrial Scheduling

27   Order.  The personal appearances of the trial attorneys or

28   person(s) in pro se is mandatory for the Final Pretrial

                                    1

1 Conference.  Telephonic appearances for this hearing are not

2 permitted.

3    Any evidentiary or procedural motions are to be filed by

4 **November 14, 2013.**  Oppositions must be filed by **November 21,**

5 **2013** and any reply must be filed by **November 28, 2013.**  The

6 motions will be heard by the Court at the same time as the Final

7 Pretrial Conference.

8    All other due dates set forth in the Court's Pretrial

9 Scheduling Order are confirmed.

10    IT IS SO ORDERED.

11
   Dated: October 29, 2012

12

13

   _____

14 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28