UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE A. SOCIK, | No. 2:10-cv-02589-MCE-AC |
| Plaintiff, | |
| v. | **ORDER CONTINUING TRIAL** |
| TAPA THE WORLD, INC., | |
| Defendant. | |

YOU ARE HEREBY NOTIFIED the Jury trial is vacated and continued to **August 18, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **June 12, 2014**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the December 5, 2013 Final Pretrial Conference is vacated and continued to **June 26, 2014**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **June 5, 2014** and shall comply with the procedures outlined in the Court's September 8, 2011 Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.  Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **June 5, 2014**. Oppositions must be filed by **June 12, 2014** and any reply must be filed by **June 19,**

**2014.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: September 24, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2