**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III** (SBN 118694)
**MANOLO H. OLASO** (SBN 195629)
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff MICHELE A. SOCIK

**LAW OFFICES OF MARK H. HARRIS**
**MARK H. HARRIS (SBN 133578)**
2207 J. Street
Sacramento, CA 95816
Telephone: (916) 442-6155
Fax: (916) 444-5921

Attorney for Defendant TAPA THE WORLD, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MICHELE A. SOCIK, <br><br> Plaintiff, <br><br> vs. <br><br> TAPA THE WORLD, INC., a California corporation, <br><br> Defendant. | Case No. 2:10-cv-02589-MCE-AC <br><br> **Stipulation and Order for Dismissal** <br><br> Before the Honorable Morrison C. England, Jr.; Chief Judge |

///

///

///

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200, Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

### NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiff Michele A. Socik, by and through her attorney Johnny L. Griffin, III, and defendant Tapa The World, Inc., by and through its attorney Mark H. Harris, that this entire action be, and hereby is, dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 160, with each side to bear her/its own costs and attorney fees.

The parties so stipulate to the foregoing.

Respectfully submitted,

Dated: May 11, 2015    /s/ Johnny L. Griffin, III
Johnny L. Griffin, III
Law Offices of Johnny L. Griffin, III
Attorneys for Plaintiff MICHELE A. SOCIK

Dated: May 11, 2015    /s/ Mark H. Harris
MARK H. HARRIS
Law Offices of Mark H. Harris
Attorney for Defendant TAPA THE WORLD, INC.
(e-signature expressly authorized on 05/11/2015)

### ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing, this case is dismissed in its entirety, with prejudice, each side to bear its own costs and attorney's fees. The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

**Dated: May 19, 2015**

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200, Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Stipulation and Order for Dismissal
Case No. 2:10-CV-02589-MCE-AC            2